**A. W. AMMONS v. STATE.**
No. 15839.

Court of Criminal Appeals of Texas.
Jan. 18, 1933.

Martin & Shipman, of Abilene, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for burglary; punishment, two years in the penitentiary.

We find on file in the office of our clerk an affidavit, in due form, made by appellant before the district clerk of the trial court, requesting that appellant be permitted to withdraw his appeal. The request is granted.

The appeal is abated.